**James Edward SEAWRIGHT,**
**Plaintiff–Appellant,**

v.

**GREENVILLE COUNTY,**
**Defendant–Appellee.**

No. 05–1239.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2007.

Decided: June 14, 2007.

James Edward Seawright, Appellant Pro Se. Charles Edgar McDonald, III, Jeffrey Parker Dunlaevy, Ogletree, Deakins, Nash, Smoak & Stewart, PC, Greenville, South Carolina, for Appellee.

Before WILKINSON, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Seawright appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendant in this action alleging wrongful termination in violation of both South Carolina law and Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Seawright v. Greenville Co.,* No. CA–03–1669–HMH–03 (D.S.C. Jan. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*